No. A–373. UNITED STATES DEPARTMENT OF DEFENSE ET AL. *v.* MEINHOLD. Application of the Solicitor General for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted in part. It is ordered that so much of the order of the United States District Court for the Central District of California, No. CV 92–6044 TJH (JRx), filed September 30, 1993, as grants relief to persons other than Volker Keith Meinhold is stayed pending disposition of the appeal by the United States Court of Appeals for the Ninth Circuit. See *Heckler* v. *Lopez*, 463 U. S. 1328 (REHNQUIST, J., in chambers), motion to vacate stay denied, 464 U. S. 879 (1983); *id.*, at 881 (STEVENS, J., dissenting in part). Request for stay of the portion of the injunction prohibiting the Government from maintaining records pertaining to Meinhold denied. It is further ordered that the Government can file, under seal, any such documents pending the final outcome of this litigation.

NOVEMBER 1, 1993

No. 92–1183. KNOX *v.* UNITED STATES. C. A. 3d Cir. [Certiorari granted, 508 U. S. 959.] Motion of National Law Center for Children and Families et al. for leave to participate in oral argument as *amici curiae* and for divided argument dismissed as moot. Motion of National Family Legal Foundation for leave to participate in oral argument as *amicus curiae* dismissed as moot. Judgment vacated and case remanded for further consideration in light of the position asserted by the Solicitor General in his brief for the United States filed September 17, 1993.

No. 92–1465. CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL. *v.* MCINTYRE. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Dixon,* 509 U. S. 688 (1993).